No. 339. KAMEN *v.* GRAY, SHERIFF. Supreme Court of Kansas. Certiorari denied. *Mark H. Adams* for petitioner. *Harold R. Fatzer,* Attorney General of Kansas,

*C. Harold Hughes,* Assistant Attorney General, and *John F. Eberhardt* for respondent.